# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

GRAUL'S MARKET, INC., ET AL.     *

      v.     *    Civil No. – JFM-15-3891

NCR CORPORATION AND STORENEXT     *
RETAIL TECHNOLOGIES LLC

\*\*\*\*\*\*

## ORDER

For the reasons stated in the memorandum entered herewith, it is, this ___ day of April 2016

ORDERED

1. Defendant's motion to dismiss is granted; and

2. This action is dismissed.

_____
J. Frederick Motz
United States District Judge

BY _____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2016 APR 26 PM 1:34
U.S. DISTRICT COURT
DISTRICT OF ...
FILED